UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION

In re:                               )    Case No. 09-35389
                                     )
Gertrude Owens                       )    Chapter 13
                                     )
                                     )    Judge A. Benjamin Goldjar
                                     )

KENNETH S. GARDNER, CLERK
PS REP. - MBM

**FILED**
OCT 1 9 2009
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

## NOTICE OF MOTION

To:    See attached service list:

PLEASE TAKE NOTICE that on October 27, 2009 at the hour of 9:30 a.m., I shall appear before the Honorable A. Benjamin Goldjar, Bankruptcy Judge in courtroom usually occupied by him at the Everett McKinley Dirksen Federal Courthouse, 219 South Dearborn St., Chicago, IL or before any other bankruptcy judge who may be sitting in his place, and shall present a Debtor's Motion to sell Estate property.

_Gertrude Owens_
Gertrude Owens

Gertrude Owens
7604 S.Clyde
Chicago, IL 60649
312-213-0308

## PROOF OF SERVICE BY DELIVERY

The undersigned hereby certifies under penalties of perjury as provided by law that the above-notice and any attached pleadings were placed in the U.S. mail at 7604 S.Clyde , Chicago, IL, with first class postage prepaid, and directed to the parties at the address set forth in service list before 5:00 p.m. on October 19, 2009.

_Gertrude Owens_
Gertrude Owens

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION

In re: ) Case No. 09 - 35389
)
Gertrude Owens ) Chapter 13
)
) Judge
Motion to Sell Bankruptcy Estate Property

*KENNETH S. GARDNER, CLERK*
*PS REP. - MBM*
*OCT 19 2009*

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

NOW COMES the Debtor Gertrude Owens moving this court for permission to sell her home and in support thereof states as follows:

1. This matter was filed on September 24, 2009
2. The Debtor's plan calls for the sale of the a debtors home.
3. The Debtor entered in to a Contract for the sale of said residence.
4. The Creditors, Litton Loan and Wishire have agreed to a short sale.
5. The Sales price for the said home is $185,000.00.
6. The Debtor will receive no money from the sale.
7. The property is set to be sold within 10 days.

WHEREFORE, Debtor request that the court enter an order granting the Debtor the permission to sale the property.

Respectfully,

*Gertrude Owens*

Getrude Owens

Gertrude Owens
7604 S. Clyde
Chicago, 60649
312-213-0308

Service List

Wishire
P.O. Box 8517
Portland, Oregon 97207

Lytton Loan Servicing
4828 Loop Center Dr.
Houston, Tx 77018

Bankruptcy Trustee
Marilyn O Marshall Ste 800
224 South Michigan
Chicago, IL 60603